## GENERAL COURT, MAY TERM, 1804.

LODGE *et al. vs.* MURRAY's Heir and Devisees.

*Indebitatus assumpsit* for goods sold and delivered, will not lie against the heir at law of a debtor where the personal estate is insufficient for the payment of the debts of the deceased, and the heir has received by descent real estate more than adequate to their discharge

ASSUMPSIT for sundry matters properly chargeable in an account. The opinion of the court was taken on the following question: Whether a creditor can maintain an action of *indebitatus assumpsit* for goods *sold and delivered,* against the heirs at law of the debtor, where the personal estate is inadequate to the discharge of the debts of the deceased, and where the heirs at law have lands by descent from the deceased sufficient to satisfy the claims against him? If the court should be of opinion that such an action can be maintained, then judgment to be entered for the plaintiffs. But if the court should be of a contrary opinion, then judgment to be entered for the defendants.

*W. Dorsey*, for the Plaintiffs.
*Boyd*, for the Defendants.

CHASE, Ch. J. directed a judgment to be entered for the defendants.